McLAUGHLIN v. MOESER. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Thomas J. Mc-

Laughlin against George Moeser. No opinion. Motion denied, with $10 costs. Order filed.